UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EXPRESS MOBILE CASES | Case Nos. 3:19-cv-06559-RS<br>3:20-cv-06152-RS<br>3:20-cv-08297-RS<br>3:20-cv-08321-RS<br>3:20-cv-08335-RS<br>3:20-cv-08339-RS<br>3:20-cv-08461-RS<br>3:20-cv-08492-RS<br>3:21-cv-01145-RS<br>3:21-cv-02001-RS<br>3:21-cv-08942-RS<br>3:21-cv-08944-RS<br><br>**ORDER REQUESTING STATUS REPORT** |

These actions have been stayed pending final disposition of IPR proceedings in the PTO and any appeals therefrom. Within 20 days from the date of this order, plaintiff and defendant shall file a joint statement in *Express Mobile, Inc., v. Google LLC*, No. 3:21-cv-08944-RS, where the "master" stay motion was filed, setting out the current status of the PTO proceedings and any appeals, and the parties' positions regarding any action they believe should be taken in this litigation. Although Google's position in that statement will not be binding on defendants in other cases, defendants should meet and confer to attempt to reach consensus on as many points as possible.

1   Within 10 days after the filing in the Google case, plaintiff and the defendants in any of the
2   other cases may file supplemental joint statements therein addressing any issues specific to those
3   cases. No supplemental joint statement should be filed in any case where the defendant concurs
4   with the position set forth by Google in its case.

6   **IT IS SO ORDERED**.

8   Dated: August 1, 2024

_____
RICHARD SEEBORG
Chief United States District Judge